# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136062

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN JOHN GRIMSLEY,
      Defendant-Appellant.

SC: 136062
COA: 281784
Oakland CC: 2007-212806-FC

_____/

On order of the Court, the application for leave to appeal the January 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

p0519